IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE L. WILLIS, | |
| Plaintiff, | 8:22CV147 |
| vs. | |
| CITY OF OMAHA NEBRASKA, CHARLES SWEENEY, in his individual capacity; and CORY BILLINGS, in his individual capacity; | ORDER |
| Defendants. | |

Defendants have filed a motion seeking to depose Plaintiff, who is presently incarcerated. ([Filing No. 76](Filing No. 76).) Plaintiff does not object to the motion.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Take Deposition of an Incarcerated Person ([Filing No. 76](Filing No. 76)) is granted. Defendants may take Plaintiff's deposition within the next thirty days, on such date as may be agreed upon. The penal institution with custody of Plaintiff shall allow Plaintiff's deposition to go forward within the next thirty days, on such date as may be agreed upon.

Dated this 11th day of January, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge