# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FREDDIE L. WILLIS,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**CITY OF OMAHA NEBRASKA, CHARLES SWEENEY, in his individual capacity; and CORY BILLINGS, in his individual capacity,**<br><br>   **Defendants.** | **8:22CV147**<br><br>**ORDER** |

This matter is before the Court on the Unopposed Motion to Withdraw (Filing No. 107) filed by Kamron Hasan and the law firm Husch Blackwell LLP, seeking confirmation of their withdrawal as counsel of record for Plaintiff. The Court's Memorandum and Order appointing Mr. Hasan and the Husch Blackwell firm specified the appointment was "to assist Plaintiff with discovery and through trial, if this case proceeds to trial. The appointment will not extend to any appeal after trial." (Filing No. 50). Judgment has now been entered in favor of the defendants and against Plaintiff. (Filing No. 103). Pursuant to the terms of the Court's order, the appointment of Mr. Hasan and the Husch Blackwell law firm has ended, and Mr. Willis is deemed to be proceeding pro se. Accordingly,

**IT IS ORDERED:**

1. The Unopposed Motion to Withdraw (Filing No. 107) filed by Kamron Hasan and the law firm Husch Blackwell LLP is granted. The Clerk of Court shall terminate notice to Mr. Hasan in this case.

2. Plaintiff is now proceeding pro se. The Clerk of Court shall mail a copy of this order to Plaintiff as his last known address.

Dated this 19th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge